# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself [✓])
Tiffany Tate, Michael Zollicoffer, MD,PA
Maryland Partnership for Prevention, Inc.

**DEFENDANTS** (Check box if you are representing yourself [ ])
Kareo, Dan Rodrigues, Brian Roby, Diane Parker

**(b) County of Residence of First Listed Plaintiff:** Baltimore, Maryland
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:** Orange
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Tiffany Tate
312 Willow Oak Circle Pikesville MD 21208

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- [✓] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [✓] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [✓] 4 |
| Citizen of Another State | [✓] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [✓] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [✓] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [✓] Yes [ ] No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [✓] No
**MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Breach of contract, Promissory Estoppel. Failed to file medical claims

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| 375 False Claims Act | 110 Insurance | 240 Torts to Land | 462 Naturalization Application | **Habeas Corpus:** | 820 Copyrights |
| 400 State Reapportionment | 120 Marine | 245 Tort Product Liability | 465 Other Immigration Actions | 463 Alien Detainee | 830 Patent |
| 410 Antitrust | 130 Miller Act | 290 All Other Real Property | | 510 Motions to Vacate Sentence | 840 Trademark |
| 430 Banks and Banking | 140 Negotiable Instrument | **TORTS** | **TORTS** | 530 General | **SOCIAL SECURITY** |
| 450 Commerce/ICC Rates/Etc. | 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | 535 Death Penalty | 861 HIA (1395ff) |
| 460 Deportation | | 310 Airplane | 370 Other Fraud | **Other:** | 862 Black Lung (923) |
| 470 Racketeer Influenced & Corrupt Org. | 151 Medicare Act | 315 Airplane Product Liability | 371 Truth in Lending | 540 Mandamus/Other | 863 DIWC/DIWW (405 (g)) |
| 480 Consumer Credit | 152 Recovery of Defaulted Student Loan (Excl. Vet.) | 320 Assault, Libel & Slander | 380 Other Personal Property Damage | 550 Civil Rights | 864 SSID Title XVI |
| 490 Cable/Sat TV | | 330 Fed. Employers' Liability | 385 Property Damage Product Liability | 555 Prison Condition | 865 RSI (405 (g)) |
| 850 Securities/Commodities/Exchange | 153 Recovery of Overpayment of Vet. Benefits | 340 Marine | **BANKRUPTCY** | 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| 890 Other Statutory Actions | 160 Stockholders' Suits | 345 Marine Product Liability | 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | 870 Taxes (U.S. Plaintiff or Defendant) |
| 891 Agricultural Acts | | 350 Motor Vehicle | 423 Withdrawal 28 USC 157 | 625 Drug Related Seizure of Property 21 USC 881 | 871 IRS-Third Party 26 USC 7609 |
| 893 Environmental Matters | 190 Other Contract | 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | 690 Other | |
| 895 Freedom of Info. Act | 195 Contract Product Liability | 360 Other Personal Injury | 440 Other Civil Rights | **LABOR** | |
| 896 Arbitration | 196 Franchise | 362 Personal Injury-Med Malpractice | 441 Voting | 710 Fair Labor Standards Act | |
| 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | 365 Personal Injury-Product Liability | 442 Employment | 720 Labor/Mgmt. Relations | |
| | 210 Land Condemnation | 367 Health Care/Pharmaceutical Personal Injury Product Liability | 443 Housing/Accommodations | 740 Railway Labor Act | |
| 950 Constitutionality of State Statutes | 220 Foreclosure | 368 Asbestos Personal Injury Product Liability | 445 American with Disabilities-Employment | 751 Family and Medical Leave Act | |
| | 230 Rent Lease & Ejectment | | 446 American with Disabilities-Other | 790 Other Labor Litigation | |
| | | | 448 Education | 791 Employee Ret. Inc. Security Act | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☑ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☑ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question B.2. |
|---|---|---|
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☑ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question C.2. |
|---|---|---|
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☑ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☑ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes ☑ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | *Orange County* |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☑ No |

CV-71 (10/14)            CIVIL COVER SHEET            Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?** ☒ NO ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _/s/ Tiffany Tu_   DATE: 5/16/18

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |